UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:11-cr-122-T-17MAP

MARTY LARAY GREENE

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the
United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. §
853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for following property:

      a.      $20,269.31 in United States currency; and

      b.      three gold rings and one gold bracelet.

Being fully advised in the premises, the Court finds that on May 9, 2012, a
Preliminary Order of Forfeiture was entered, forfeiting to the United States all
right, title, and interest of defendant Greene in the identified property. Doc. 55.

The Court further finds that the forfeiture was included in the Judgment in
a Criminal Case. Docs. 52 and 56.

The Court further finds that in accordance with the provisions of 21 U.S.C.
§ 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice
of the forfeiture and of its intent to dispose of the identified property on the official
government website, www.forfeiture.gov, from May 11, 2012 through June 9,
2012. Doc. 59. The publication gave notice to all third parties with a legal
interest in the identified property to file with the Office of the Clerk, United States

District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that United States sent Ada Heredia, via certified U.S. mail, Notices of Forfeiture. The Notices of Forfeiture instructed her that, pursuant to 21 U.S.C. § 853(n)(2), she had 30 days from her receipt of notice in which to file a claim.

The Court further finds that no person or entity, other than the defendant Greene, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Ada Heredia is known to have an interest in the identified property. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the identified property is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the identified property is now vested in the United States of America.

2

DONE and ORDERED in Chambers in Tampa, Florida, this _11th_ day

of _July_, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3